UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VIRGIE A. R. McBRIDE | CIVIL ACTION NO. 6:11-cv-0557 (Lead) |
| individually and on behalf of I.M.S. | 6:11-cv-1686 (Member) |
| VERSUS | MAGISTRATE JUDGE HANNA |
| ESTIS WELL SERVICE, LLC | BY CONSENT OF THE PARTIES |

## JUDGMENT

This matter was tried before the Court as a bench trial on March 29 through April 4, 2016. In accordance with Rule 52(a) of the Federal Rules of Civil Procedure, the Court's findings of fact and conclusions of law were read into the record on April 7, 2016, following the close of evidence. In accordance therewith,

IT IS ORDERED that judgment be entered in favor of plaintiff Virgie Ann Romero McBride, for the benefit of the minor child I.M.S., and against the defendant Estis Well Service, LLC, in the total sum of one million one hundred seventy-nine thousand three hundred forty-nine and no/100 ($1,179,349.00) dollars, allocated as follows:

| | |
|---|---:|
| Loss of past support. | $ 149,908 |
| Loss of future support. | $ 408,756 |
| Loss of future fringe benefits. | $ 28,403 |
| Past loss of nurture. | $ 60,000 |

    Future loss of nurture. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 120,000

    Loss of future services. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 12,282

    Survival damages for pre-death fear
    and conscious pain and suffering. . . . . . . . . . . . . . . . . . . . . . . . . . <u>$ 400,000</u>

                                                        Total:. . . . . . . . . . . $ 1,179,349

IT IS FURTHER ORDERED that prejudgment interest shall be added on the judgment in favor of Mrs. McBride from the date of the accident (March 9, 2011) until paid for the amount representing past losses at the rate set forth in 28 U.S.C. § 1961, and interest shall be added from the date of judgment until paid for future losses in accordance with 28 U.S.C. § 1961.

IT IS FURTHER ORDERED that judgment be entered in favor of plaintiff Saul Touchet and against the defendant Estis Well Service, LLC, in the total sum of seven hundred four thousand five hundred and no/100 ($704,500.00) dollars, allocated as follows:

    Lost past wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 109,942

    Past medical expenses / past cure. . . . . . . . . . . . . . . . . . . . . . . . . . $ 112,045

    Future lost earnings/ loss of earning capacity. . . . . . . . . . . . . . . . . $ 227,328

    Future medical expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 55,185

    Past physical pain and suffering. . . . . . . . . . . . . . . . . . . . . . . . . . . $ 50,000

Past mental pain and suffering. . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 75,000

Future physical pain and suffering. . . . . . . . . . . . . . . . . . . . . . . . $ 25,000

Future mental pain and suffering. . . . . . . . . . . . . . . . . . . . . . . . . $ 50,000

                                                                                         Total:. . . . . . . . . . . . . $ 704,500

IT IS FURTHER ORDERED that prejudgment interest shall be added on the judgment in favor of Mr. Touchet from the date of the accident (March 9, 2011) until paid for the amount representing past losses at the rate set forth in 28 U.S.C. § 1961, and interest shall be added from the date of judgment until paid for future losses in accordance with 28 U.S.C. § 1961.

IT IS FURTHER ORDERED that judgment be entered in favor of plaintiff Saul Touchet and against the defendant Estis Well Service, LLC ordering Estis to pay cure until Mr. Touchet reaches maximum medical improvement, as explained on the record in open court on April 7, 2016.

IT IS FURTHER ORDERED that the defendant is taxed with costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

Thus done and signed this 7th day of April 2016 at Lafayette, Louisiana.

                                                                                        _____
                                                                                    PATRICK J. HANNA
                                                                                    UNITED STATES MAGISTRATE JUDGE